**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

_____X

JAMES ALFRED STEVENS AND DOREATHA :        CASE NO. 3:16-CV-
STEVENS                              :
                                     :
      Plaintiff,                     :
                                     :
v.                                   :
                                     :
CBS CORPORATION, a Delaware corporation :
f/k/a Viacom Inc., successor by merger to :
CBS. CORP., a Pennsylvania Corporation :
f/k/a Westinghouse Electric Corporation, :
successor in interest to B.F. Sturtevant, :
FOSTER  WHEELER, LLC, survivor to merger :
with Foster Wheeler Corporation; and :
GENERAL ELECTRIC COMPANY             :        JUNE 30, 2016
      Defendants.                    :
_____X


**CORPORATE DISCLOSURE STATEMENT OF GENERAL ELECTRIC**
**COMPANY**

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant General

Electric Company ("GE") certifies the following:

 1.  GE is a publicly traded corporation and has no parent corporation.

 2.  No publicly held corporation owns 10% or more of GE's stock.

         THE DEFENDANT,
         GENERAL ELECTRIC COMPANY

         __/s/ Brett M. Szczesny_____
         Brett M. Szczesny, Esq. (ct19560)
         Halloran & Sage LLP
         315 Post Road West
         Westport, CT  06880
         Telephone: (203) 227-2855
         Facsimile:  (203) 227-2855
         szczesny@halloransage.com

## <u>CERTIFICATION OF SERVICE</u>

This is to certify that on this 30th day of June, 2016, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

__/s/ Brett M. Szczesny____
Brett M. Szczesny