UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____X
:
JAMES ALFRED STEVENS AND DOREATHA : CASE NO. 3:16-CV-1101
STEVENS :
:
   Plaintiff, :
:
v. :
:
CBS CORPORATION, a Delaware corporation :
f/k/a Viacom Inc., successor by merger to :
CBS. CORP., a Pennsylvania Corporation :
f/k/a Westinghouse Electric Corporation, :
successor in interest to B.F. Sturtevant, :
FOSTER WHEELER, LLC, survivor to merger :
with Foster Wheeler Corporation; and :
GENERAL ELECTRIC COMPANY : JUNE 30, 2016
   Defendants. :
_____X

## NOTICE OF APPEARANCE

     Enter my appearance as Attorney for the defendant, General Electric Company in the above-entitled case.

                                     **THE DEFENDANT,**
                                     **GENERAL ELECTRIC COMPANY**

                                     By: /s/ Dan E. LaBelle
                                         Dan E. LaBelle, Esq. (ct01984)
                                         HALLORAN & SAGE, LLP
                                         315 Post Road West
                                         Westport, CT  06880
                                         Telephone:  (203) 227-2855
                                         Facsimile:   (203) 227-6992
                                         labelle@halloransage.com

## **CERTIFICATION OF SERVICE**

This is to certify that on this 30th day of June, 2016, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                                           __/s/ Dan E. LaBelle____
                                                              Dan E. LaBelle